U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 4, 2022

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Casey Andrew Crawford*, 22 Cr. 602 (ER)

Dear Judge Ramos:

The Government writes to respectfully request an exclusion of time under the Speedy Trial Act. On November 2, 2022, a grand jury in this District indicted the defendant in the above referenced case with one count of illegally reentering the United States in violation of Title 8, United States Code, Sections 1326(a) and (b)(2). *See* Dkt. No. 11. The Court has scheduled the initial appearance in this matter for November 18, 2022, at 3:30 pm.

The Government, therefore, respectfully request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today's date, November 4, 2022, to and including November 18, 2022, to allow the defense to review discovery and the parties to discuss a possible pretrial disposition. Counsel for the defendant consent to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Kyle A. Wirshba
Assistant United States Attorney
(212) 637-2493

cc:   All counsel (by ECF)

---

Speedy trial time is excluded from November 4, 2022, until November 18, 2022, in the interest of justice.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:   11/9/2022
New York, New York