

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 19, 2022

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Casey Andrew Crawford*, 22 Cr. 602 (ER)

Dear Judge Ramos:

    With the consent of the defendant, the Government writes to respectfully request a two-week adjournment of its deadline to oppose the defendant's motion to dismiss. In preparing its opposition, the Government learned that certain documents relevant to the defendant's motion may be included in the court records of the defendant's illegal reentry trial in 1992, which have since been sent to closed records. In addition, the Government is corresponding with prior counsel for the defendant, who is examining his records for relevant materials. In light of these efforts, the Government requests that the Court adjourn the date by which it must oppose the defendant's motion to dismiss by approximately two weeks, to February 3, 2023. This is the first request for an adjournment and the defendant consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Kyle A. Wirshba
Assistant United States Attorney
(212) 637-2493

cc:    All counsel (by ECF)

---

The government's time to respond is extended to February 3, 2023.
SO ORDERED.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated: 1/20/2023
New York, New York