

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 8416
BGALLO@SIDLEY.COM

## MEMO ENDORSED

April 6, 2023

**By ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Defendant's reply in support of his motion to dismiss is due May 1, 2023.
> SO ORDERED.
>
> *Edgardo Ramos, U.S.D.J.*
> Dated: 4/6/2023
> New York, New York

Re:   *United States v. Casey Andrew Crawford, 22 Cr. 602 (ER)*

Dear Judge Ramos:

On behalf of Defendant Casey Andrew Crawford, we write to respectfully request an adjournment of the date to file a reply in support of Mr. Crawford's motion to dismiss the indictment until May 1, 2023. This is the second request for an adjournment and the Government consents to this request.

We have been working diligently to prepare a reply in support of Mr. Crawford's motion to dismiss the indictment, including by reviewing and analyzing the Government's production of more than 1,000 pages of court records and assessing the factual and legal arguments raised in the Government's response brief. We are seeking an extension in order to respond to the Government's arguments thoroughly. With the Government's consent, we therefore respectfully request that the Court adjourn the date by which Mr. Crawford must file a reply brief to May 1, 2023.

Respectfully,

*/s/ Brianna O. Gallo*
Brianna O. Gallo
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10007
Tel: (212) 839-8416
bgallo@sidley.com

cc:   All Counsel (By ECF)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.