

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

May 28, 2023

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Casey Andrew Crawford*, 22 Cr. 602 (ER)

Dear Judge Ramos:

    With the consent of the defendant, the Government writes to request an exclusion of time under the Speedy Trial Act. On or about December 30, 2022, the defendant moved to dismiss the indictment, *see* Dkt. 16, tolling the Speedy Trial Act time, *see* 18 U.S.C. § 3161(h)(1)(D). On or about May 4, 2023, the Court denied the defendant's motion. See Dkt. 31. On or about May 23, 2023, the Court sent a conference date for June 8, 2023 at 11:30 a.m. *See* Dkt. 32.

    The Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today's date, May 28, 2023, to and including June 8, 2023, to allow the parties to discuss a possible pretrial disposition and allow the Defendant to review discovery and prepare for trial. Counsel for the defendant consents to this request.

Speedy trial time is excluded from May 28, 2023, until June 8, 2023, in the interest of justice.
SO ORDERED.

*/s/ Edgardo Ramos*
Edgardo Ramos, U.S.D.J.
Dated: 5/30/2023
New York, New York

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
    Kyle A. Wirshba
    Assistant United States Attorney
    (212) 637-2493

cc:    All counsel (by ECF)