UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

CASEY ANDREW CRAWFORD,

               Defendant.

**ORDER**

22-cr-602 (ER)

Ramos, D.J.:

    At the status conference held on June 8, 2023, CJA counsel for the defendant Casey Andrew Crawford requested that CJA counsel be appointed for consultation. Accordingly, the CJA attorney assigned to receive cases on that day, **Jean D. Barrett**, is appointed as counsel for the limited purpose of consulting with Mr. Crawford.

    It is SO ORDERED.

Dated:   June 9, 2023
            New York, New York

                                                                                   Edgardo Ramos, U.S.D.J.