

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 5567
JLOUGHNANE@SIDLEY.COM

## MEMO ENDORSED

June 20, 2023

**By ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The report regarding Mr. Crawford's consultation with CJA counsel Jean D. Barret is due June 27, 2023.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 6/21/2023
> New York, New York

Re:  *United States v. Crawford*, 22 Cr. 602 (ER)

Dear Judge Ramos,

    On behalf of Defendant Casey Andrew Crawford, we write to respectfully request a brief extension of time in which to provide Your Honor with a report regarding Mr. Crawford's meeting with Jean D. Barrett.

    At the June 8, 2023 status conference, Your Honor appointed Ms. Barrett as counsel for the limited purpose of consulting with Mr. Crawford, and requested that we report back to this Court regarding Mr. Crawford's meeting with Ms. Barrett by June 22, 2023. In light of their existing schedules Ms. Barrett and Mr. Crawford are unable to meet until June 22, 2023. We therefore request that the Court permit us to provide a report regarding Mr. Crawford and Ms. Barrett's meeting on June 27, 2023.

Respectfully submitted,

/s/ *Joan M. Loughnane*
Joan M. Loughnane

cc:   Kyle A. Wirshba, Esq., Assistant United States Attorney

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.